UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>MNR CONSTRUCTION, INC., a California corporation<br><br>Defendant. | CASE NO. 2:20-cv-00704-PA (MAAx)<br><br>**ORDER RE DISMISSAL AS TO ENTIRE ACTION WITHOUT PREJUDICE**<br><br>[Hon. Percy Anderson] |

Pursuant to the Request for Dismissal as to the Entire Action without Prejudice submitted by Plaintiff and good cause appearing therefore,

IT IS HEREBY ORDERED that this action is dismissed in its entirety without prejudice, with each party to bear its own costs and attorney's fees.

Dated:   April 22, 2020

_____
HON. PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

385679.1